IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CR-30144-MJR |
| | ) |
| ANTHONY M. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM & ORDER ADOPTING REPORT
## &
## RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On November 5, 2015, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge.  Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, the Defendant entered a guilty plea to Count 1 of the one count indictment.  That same day, Judge Wilkerson notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before November 23, 2015 (Doc. 26).

No objections were filed by either party prior to the deadline.  Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 26), **ACCEPTS**

Defendant Williams' guilty plea, and **ADJUDGES** Defendant Williams guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for March 10, 2016 at 9:00 a.m.

IT IS SO ORDERED.

DATED:   **November 24, 2015**

*s/ Michael J. Reagan*
Michael J. Reagan
Chief Judge
United States District Court